**Tom R. Grimmett, Trustee**
**1701 Green Valley Pkwy.**
**Building 4, Suite A**
**Henderson, Nevada 89074**
**Phone: (702) 795-2311**
**Fax: (702) 795-4479**

RECEIVED AND FILED

2015 MAR 4 AM 9 21

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

In re:                                    ) Case No. 00-19258 MKN
                                          ) In Proceedings Under Chapter 7
NATIONAL AIRLINES, INC.                   )
                                          )
                                          ) NOTICE OF UNCLAIMED FUNDS
          Debtor(s).                      )
                                          )

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 5005 – Administrative Chapter 11 Claim | U.S. Dept. of Labor  Daniel J. Chasek, Esq.  350 S. Figueroa St., Ste. 370  Los Angeles, CA 90071 | | $3,346.79 |
| TOTAL | | | $3,346.79 |

DATE: **3/2/2015**

_____
TOM R. GRIMMETT, TRUSTEE

**NOTE:** Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

Receipt # 221207     # 3,346.79