Tom R. Grimmett, Trustee
1701 Green Valley Pkwy.
Building 9, Suite C
Henderson, Nevada 89074
Phone: (702) 795-2311
Fax: (702) 795-4479

RECEIVED AND FILED
2015 SEP 28 PM 12 29
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF NEVADA

In re:                                ) Case No. 00-19258 MKN
                                      ) In Proceedings Under Chapter 7
NATIONAL AIRLINES, INC.               )
                                      ) NOTICE OF UNCLAIMED FUNDS
          Debtor(s).                  )
_____)

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---------|--------------------|-----------|-----------|
| 5002 | Mercury Air Group & RPA Airline Automation<br>Pauline Ng Lee, Esq.<br>2300 West Sahara Ave.,<br>Ste. 800, Box 8<br>Las Vegas, NV 89102 | | $ 101.56 |
| 5006 | Timothy S. Cory<br>8831 W. Sahara Ave.<br>Las Vegas, NV 89117 | | $ 58.95 |
| 5011 | Great-West Life & Annuity<br>Nancy Allf, Esq.<br>302 E. Carson Ave., Ste. 918<br>Las Vegas, NV 89101 | | $ 2,382.36 |
| 5022 | Shea & Carlyon<br>James Shea, Esq.<br>233 South Fourth Street, Ste. 200<br>Las Vegas, NV 89101 | $10.18 | |

223830 - $26,053.35

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 5024 | Shea & Carlyon<br>James Shea, Esq.<br>233 South Fourth Street, Ste. 200<br>Las Vegas, NV 89101 | | $  747.47 |
| 5030 | Tombo Aviation<br>James D. Greene, Esq.<br>300 South Fourth Street, Ste. 1200<br>Las Vegas, NV 89101 | | $19,467.85 |
| 5034 | Computer Systems of America<br>Janet L. Chubb, Esq.<br>3773 Howard Hughes Parkway, 3rd Floor<br>Las Vegas, NV 89109 | | $ 3,284.98 |
| TOTAL | | $10.18 | $26,043.17 |

DATE: **9/23/2015**

TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.