1  JAMES PATRICK SHEA, ESQ.
   Nevada Bar No. 405
2  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
3  Las Vegas, Nevada 89169
   Telephone:  702.678.5070
4  Facsimile:  702.878.9995
   Email: jshea@armstrongteasdale.com
5
   *Counsel for Shea & Carlyon*
6
                    UNITED STATES BANKRUPTCY COURT
7
                         DISTRICT OF NEVADA
8
   In re:                              Case No. BK-S-00-19258-MK
9
   NATIONAL AIRLINES, INC.,             Chapter 7
10
            Debtor.                    **AFFIDAVIT FOR REIMBURSEMENT**
11                                     **OF UNCLAIMED FUNDS**

12                                     **DATE: N/A**
                                       **TIME: N/A**
13

14 STATE OF NEVADA        )
                          ) ss
15 COUNTY OF CLARK        )

16       I, James Patrick Shea, being first duly sworn, deposes and says as follows:

17       I am a partner at the law firm of Armstrong Teasdale LLP. I serve as representative of the

18 defunct firm of Shea & Carlyon ("Creditor"), Creditor of the above-named Debtor. National

19 Airlines, Inc. was duly adjudged a debtor in the United States Bankruptcy Court for the District of

20 Nevada. Creditor duly filed its claim, which claim was thereafter duly allowed against the Debtor in

21 the above named case. Shea & Carlyon, Ltd. ceased operations in August 2013. James Patrick Shea

22 and Candace C. Carlyon were the only shareholders of that entity upon its dissolution.

23       Dividends amounting to the sum of $757.65 remain unpaid.

24       I am authorized to collect all sums due to Shea & Carlyon from the estate.

25 . . .

26 . . .

27 . . .

28

                                        1

It is therefore requested that the Clerk of this Court pay to James Patrick Shea and Candace C. Carlyon the sum of $757.65 and that the check for such payment be mailed to James Patrick Shea, Esq. at the above address.

_____
James Patrick Shea

Subscribed and Sworn before
Me this __27th__ day of January, 2016.

_____
Notary Public



REINA S. FORTIN
Notary Public State of Nevada
No. 12-9501-1
My appt. exp. Nov. 7, 2016