**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re: NATIONAL AIRLINES, INC.    )
                                  )    BK- 00-19258-mkn
                                  )    Chapter  7
                                  )
                                  )    Hearing Date:  N/A
                Debtor          )    Hearing Time: N/A

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS**

The request for payment of Unclaimed Funds that was submitted by <u>James Shea, Esq. c/o Shea & Carlyon</u> has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

|   |   |
|---|---|
| ___ | Motion to Payment of Unclaimed Funds. |
| ___ | Affidavit for reimbursement. |
| X | Affidavit of service to the U.S. Attorney. |
| ___ | Limited power of attorney or assignment. |
| ___ | Fee agreement required by local rule 3011(a)(1)(B) |
| ___ | Supporting documentation required (see comments) |
| ___ | Photocopy of current identification |
| ___ | Address does not match on notice of unclaimed funds. |
| ___ | Fees have been paid out previously on schedule #_____ |
| ___ | Other:_____ |

Comments: <u>Please provide affidavit of service. The court does not accept unclaimed funds to be electronically filed. Please hand deliver or mail the original unclaimed funds package along with the affidavit of service to the U.S. Attorney.</u>

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or Financial@nvb.uscourts.gov

Date: 6/6/2016

<u> Karina Magallanes </u>
Deputy Clerk

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above on 6/7/2016 by <u>K.Magallanes</u>.

Updated 11/09