JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
Email: jshea@armstrongteasdale.com

*Counsel for Shea & Carlyon*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-00-19258-MK |
|---|---|
| NATIONAL AIRLINES, INC., | Chapter 7 |
| Debtor. | **EX PARTE MOTION FOR RELEASE OF UNCLAIMED FUNDS** |
| | **DATE: N/A** <br> **TIME: N/A** |

Claimant Shea & Carlyon, ("Claimant"), by and through its undersigned counsel, hereby moves the Court for an Order authorizing and directing the Clerk of this Court to release unclaimed funds deposited by the Trustee with the Clerk of the Court in the amount of $757.65. This Motion is made and based upon the attached points and authorities and all the relevant pleadings and papers on file in this case, including the Affidavit of James Patrick Shea filed concurrently herewith.

Dated this 27th day of January, 2016.

ARMSTRONG TEASDALE LLP

*/s/ James Patrick Shea, Esq.*
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Counsel for Shea & Carlyon*

## POINTS AND AUTHORITIES

### A.  *Factual Background*

Debtor National Airlines, Inc., ("Debtor") filed a petition under Chapter 11 of the United States Bankruptcy Code on December 6, 2000. The case was converted to Chapter 7 on May 7, 2003 (Docket no. 1451). Tom Grimmett was appointed Chapter 7 trustee ("Trustee") (Docket no.

1

1454).

Thereafter, the Trustee mailed two dividend checks, one in the amount of $10.18 and one in the amount of $747.47 in the above-named case issued to Shea & Carlyon ("Creditor") in care of its counsel, James Patrick Shea. See **Exhibit 1**, list of claimant whose funds were deposited into the Court's registry. Counsel's address had changed from when the proof of claim was filed and the check was not received by counsel. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court. As a result, the Trustee caused the funds to be deposited with the Clerk of the Bankruptcy Court and filed a Notice of Unclaimed Funds (Docket no. 1922).

As described in the Affidavit of James Patrick Shea ("Shea Affidavit") filed concurrently herewith, Shea serves as representative of the defunct firm of Claimant. *See* Shea Affidavit, page 1, lines 17-18. Claimant ceased operations in August 2013. James Patrick Shea and Candace C. Carlyon were the only shareholders of that entity upon is dissolution. *See* Shea Affidavit, page 1, lines 20-21. Accordingly, Claimant requests that the Court issue an order authorizing and directing the Clerk of the Court to issue a check payable to Claimant James Patrick Shea and Candace C. Carlyon in the amount of $757.65.

**B.    Legal Argument**

The instant motion seeks an order of the Court authorizing and directing the Clerk of the Court to release unclaimed funds deposited with the Clerk by bankruptcy trustee Tom Grimmett. Depositing of unclaimed funds in the court's registry is governed by 28 U.S.C. §§ 2041 and 2042. Section 2041 provides as follows:

> All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States of a designated depositary, in the name and to the credit of such court.
>
> This section shall not prevent the delivery of any such money to the rightful owners upon security, according to agreement of parties, under the direction of the court.

Section 2042 provides, in relevant part, as follows:

> No money deposited under section 2041 of this title shall be withdrawn except by order of court.

2

Bankruptcy Code section 347 and Bankruptcy Rule 3011 govern unclaimed funds in bankruptcy cases. Section 347(a) provides as follows:

> (a) Ninety days after the final distribution under section 726, 1226, or 1326 of this title in a case under chapter 7, 12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of shall be paid into the court and disposed of under chapter 129 of title 28.

Bankruptcy Rule 3011 states:

> The trustee shall file a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid into court pursuant to §347(a) of the Code.

Local Rule 3011 provides:

> (a)   <u>Procedure for requesting payment</u>.
>
> (1)   Any entity seeking payment of unclaimed funds must file with the clerk a written application on forms prescribed by the clerk and available from the court's website. The applicant must disclose the following:
>
> (A)   The service(s) rendered by any asset recovery firm or fund locator;
>
> (B)   Any agreement of commission, fees, compensation or reimbursement of expenses; and
>
> (C)   The amount(s) requested.
>
> (2)   In no event may any commission, fee, compensation or reimbursement of expense fifty percent (50%) of the claim.

As discussed above, the Trustee issued a check to Shea & Carlyon after that firm had ceased operations and directed payment to address that claimant did not occupy. As a result, the Trustee properly deposited the funds with the Clerk of the Bankruptcy Court.

As demonstrated by the Shea Affidavit, Shea & Carlyon, Ltd. ceased operations in August 2013. James Patrick Shea and Candace C. Carlyon were the only shareholders of that entity upon its dissolution. As such, James Patrick Shea and Candace C. Carlyon are the "rightful owners" of the funds identified on the Trustee's Notice of Unclaimed Funds in the amount of $757.65 (Docket no. 1923-1). Accordingly, Claimant requests that the Court enter an (proposed order uploaded concurrent with the filing of this Motion) order authorizing and directing the Clerk of the Court to

pay to James Patrick Shea and Candace C. Carlyon the sum of $757.65.

In accordance with Local Rule 3001(a)(1)(A)-(C), Claimant and its counsel represent the following:

- No asset recovery firm or fund locator was involved in this matter.
- Claimant requests that the Clerk of the Court issue one check totaling $757.65 payable to James Patrick Shea and Candace C. Carlyon. Check should be mailed to Claimant's counsel at the address below.

Dated this 27th day of January, 2016.

ARMSTRONG TEASDALE LLP

/s/ *James Patrick Shea, Esq.*
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Counsel for Shea & Carlyon*

# EXHIBIT 1

# EXHIBIT 1

Tom R. Grimmett, Trustee
1701 Green Valley Pkwy.
Building 9, Suite C
Henderson, Nevada 89074
Phone: (702) 795-2311
Fax:  (702) 795-4479

RECEIVED
AND FILED

'15 SEP 28  PM 12 29

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

In re:                                 )   Case No. 00-19258 MKN
                                       )   In Proceedings Under Chapter 7
NATIONAL AIRLINES, INC.                )
                                       )   NOTICE OF UNCLAIMED FUNDS
            Debtor(s).                 )
_____)

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 5002 | Mercury Air Group & RPA Airline Automation<br>Pauline Ng Lee, Esq.<br>2300 West Sahara Ave.,<br>Ste. 800, Box 8<br>Las Vegas, NV 89102 | | $ 101.56 |
| 5006 | Timothy S. Cory<br>8831 W. Sahara Ave.<br>Las Vegas, NV 89117 | | $ 58.95 |
| 5011 | Great-West Life & Annuity<br>Nancy Allf, Esq.<br>302 E. Carson Ave., Ste. 918<br>Las Vegas, NV 89101 | | $ 2,382.36 |
| 5022 | Shea & Carlyon<br>James Shea, Esq.<br>233 South Fourth Street, Ste. 200<br>Las Vegas, NV 89101 | $10.18 | |

223830   $26,053.35

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 5024 | Shea & Carlyon<br>James Shea, Esq.<br>233 South Fourth Street, Ste. 200<br>Las Vegas, NV 89101 | | $   747.47 |
| 5030 | Tombo Aviation<br>James D. Greene, Esq.<br>300 South Fourth Street, Ste. 1200<br>Las Vegas, NV 89101 | | $19,467.85 |
| 5034 | Computer Systems of America<br>Janet L. Chubb, Esq.<br>3773 Howard Hughes Parkway, 3rd Floor<br>Las Vegas, NV 89109 | | $ 3,284.98 |
| TOTAL | | $10.18 | $26,043.17 |

DATE: **9/23/2015**

_____
TOM R. GRIMMETT, TRUSTEE

**NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.**