**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re: NATIONAL AIRLINES, INC.          )
                                        ) BK- 00-19258-mkn
                                        ) Chapter 7
                                        )
                                        ) Hearing Date:  N/A
_____Debtor_____        ) Hearing Time: N/A

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS**

The request for payment of Unclaimed Funds that was submitted by <u>Dilks & Knopik c/o Pembroke Entities</u>  has been found deficient.  The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office.  If the following deficiencies are remedied, an order will be forwarded to the judge.

|     |     |
| --- | --- |
| ___ | Motion to Payment of Unclaimed Funds. |
| ___ | Affidavit for reimbursement. |
| ___ | Affidavit of service to the U.S. Attorney. |
| ___ | Limited power of attorney or assignment. |
| ___ | Fee agreement required by local rule 3011(a)(1)(B) |
| _X_ | Supporting documentation required (see comments) |
| ___ | Photocopy of current identification |
| ___ | Address does not match on notice of unclaimed funds. |
| ___ | Fees have been paid out previously on schedule # _____ |
| _X_ | Other: <u>Funds were paid to the Court on behalf of another claimant.</u> |

Comments:  <u>To obtain refunds from the unclaimed funds account, specific information is required to verify the funds are being refunded to the correct parties. Assignment of funds to another party does not change the requirements. All requirements must be met to ensure the original claimant is the correct party. The funds are being held for Clark County Treasurer. Please provide documentation regarding Prembroke Entities is a subsidiary of Pembroke Capital.</u>

Unless otherwise  noted, the original documentation has been filed and docketed.  **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or <u>Financial@nvb.uscourts.gov</u>

Date: 01/10/2017

                                   <u>Karina Magallanes</u>
                                   Deputy Clerk

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above on 01/11/2017 by <u>K.Magallanes.</u>

Updated 11/09